No. D–1576. IN RE DISBARMENT OF ROSS. Disbarment entered. [For earlier order herein, see 515 U. S. 1176.]

No. 94–805. BUSH, GOVERNOR OF TEXAS, ET AL. v. VERA ET AL.;
No. 94–806. LAWSON ET AL. v. VERA ET AL.; and
No. 94–988. UNITED STATES v. VERA ET AL. D. C. S. D. Tex. [Probable jurisdiction noted, 515 U. S. 1172.] Motions of the Solicitor General and the state and private appellants for divided argument granted in part, and the time is divided as follows: state appellants, 20 minutes; private appellants, 10 minutes; the Solicitor General, 10 minutes; and appellees, 40 minutes.

No. 94–1175. BANK ONE CHICAGO, N. A. v. MIDWEST BANK & TRUST CO. C. A. 7th Cir. [Certiorari granted, 515 U. S. 1157.] Motion of New York Clearing House Association for leave to file a brief as amicus curiae granted.

No. 94–1453. PEACOCK v. THOMAS. C. A. 4th Cir. [Certiorari granted, 514 U. S. 1126.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 94–1471. VARITY CORP. v. HOWE ET AL. C. A. 8th Cir. [Certiorari granted, 514 U. S. 1082.] Motion of respondents for leave to file a supplemental brief denied.

No. 95–5565. IN RE RIASCOS. C. A. 11th Cir. Petition for writ of common-law certiorari denied.

No. 95–5878. IN RE LORENZ;
No. 95–5895. IN RE MEYER; and
No. 95–5973. IN RE ZACK. Petitions for writs of habeas corpus denied.